445 A.2d 242

Commonwealth v. Freeman, Appellant.

Submitted March 24, 1982. Arthur K. Dils, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

618

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.